ERIC D. HALL, ESQ.
ATTORNEY AT LAW

P.O. Box 232　　　　　　　　　　　　　　　　　　Telephone: (330) 245-7504
Medina, Ohio 44258　　　　　　　　　　　　　　E-Mail: attorneyhall@yahoo.com

December 3, 2020

Elena N. Boop
Michael J. Pike
 Brian C. Kelly
Assistant Directors of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
MPike@city.cleveland.oh.us
eboop@city.cleveland.oh.us
bkelly@city.cleveland.oh.us

Thomas J. Cabral
Gallagher Sharp LLP
1215 Superior Avenue, 7th Floor
Cleveland, Ohio 44114
tcabral@gallaghersharp.com

Thomas A. Skidmore
The Andrew House
655 West Market Street
Akron, Ohio 44303
thomasskidmore@akrontruthandjustice.com

Via electronic mail.

Re: <u>Emad Alabsi v. City of Cleveland, et al.</u>
　　United States District Court Northern District of Ohio Case No. 1:20-cv-01933

Dear Counselors,

　　　Please find the following demand for settlement jointly and severally for all Defendants in the above referenced matter.

　　　1. Loss of Income:  $1,000.000.00

**EXHIBIT A**

2. Emotional Distress: $1,000.000.00

3. Physical Injury/Medical: Plaintiff is still treating for his injuries and does not know the extent and cost of said injuries: $1,000.000.00

4. Punitive Damages: $1,000.000.00

5. Attorney Fees/Per written contract: 33% of any settlement/judgment

Total: $4,000.000.00 + Attorney Fees

If you have any questions please contact me.

Sincerely,
/s/Eric D. Hall